In the Matter of GABRIELLA R., a Neglected Child. BROOME COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; MINDYN S., Appellant, et al., Respondent.

Submitted February 8, 2010; decided April 1, 2010

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VICTOR A. DEPONCEAU, Also Known as JOHN DOE, Appellant.

Submitted January 19, 2010; decided April 1, 2010

On the Court's own motion, appeal dismissed, without costs, upon the ground that no civil appeal lies from the order of the Appellate Division entered in this criminal action (*see* NY Const, art VI, § 3 [b]; CPLR 5601; CPL 450.90). Motion for leave to appeal dismissed upon the ground that it does not lie from the order of the Appellate Division entered in this criminal action (*see* NY Const, art VI, § 3 [b]; CPLR 5602; CPL 450.90). Motion for poor person relief dismissed as academic.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARQUISE MURPHY, Appellant.

Submitted January 19, 2010; decided April 1, 2010

Motion for leave to appeal dismissed upon the ground that defendant is not available to obey the mandate of the Court of Appeals.